IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JULIE ANN VASQUEZ,**

       **Plaintiff,**

v.                                                                              **No. CV 11–0989 LAM**

**MICHAEL J. ASTRUE,**
**Commissioner of the Social**
**Security Administration,**

       **Defendant.**

## FINAL ORDER

    **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING in part** Plaintiff's *Motion to Reverse or Remand the Administrative Decision* (*Doc. 19*) and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings consistent with the *Memorandum Opinion and Order* (*Doc. 27*).

    **IT IS SO ORDERED.**

                                                  */s/ Lourdes A. Martínez*
                                                  **THE HONORABLE LOURDES A. MARTÍNEZ**
                                                  **UNITED STATES MAGISTRATE JUDGE**
                                                  **Presiding by Consent**